UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:16-cv-1214 TLN AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ALBERT SMITH, et al., | |
| Defendants. | |

On October 11, 2018, the court received plaintiff's objections to the findings and recommendations (ECF No. 10) and plaintiff has since filed several other documents (ECF Nos. 11-13). This civil rights action was closed on August 9, 2016. ECF No. 7, 8. Any objections are untimely and will not be considered. Plaintiff is advised that any further documents will be disregarded and no orders will issue in response to future filings.

DATED: November 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE